UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JIMMIE HARRISON                                          CIVIL ACTION

VERSUS                                                   NO. 12-0771

N. BURL CAIN, WARDEN                                     SECTION "G"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Jimmie Harrison for issuance of a writ of

habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this  29th  day of August, 2013.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**